# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

IRLAINE FALTO-ENCARNACION

    Plaintiff(s)

    vs.

PREMIER COMPUTER, INC., et al**;**

    Defendant(s)

Civil Case No. 15-1501 (ADC)

## JUDGMENT

The Court, through the Honorable Aida M. Delgado-Colón, Chief U.S. District Judge, issued an Order for Entry of Judgment on July 1, 2016.

Therefore, pursuant to the Court's Order, Judgment is hereby entered accordingly.

The case is **HEREBY DISMISSED WITH PREJUDICE.**

**IT IS SO ORDERED AND ADJUDGED.**

In San Juan, Puerto Rico, this 1st day of July, 2016.

                      FRANCES RIOS DE MORAN
                      Clerk of the Court

                      By: s/Sarah V. Ramón
                          Sarah V. Ramón, Deputy Clerk